UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANTHONY J. BAUER and
ANN M. BAUER,

Plaintiffs,

v.

FORD MOTOR CREDIT CO.,

Defendant.

CIVIL NO. 00-389 (DSD)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: February 25, 2000

JOHN M. MASON
United States Magistrate Judge

2

Filed FEB 25 2000
Francis E. Dosal, Clerk
Judgment Entered
Deputy Clerk's Initials

F I L E C O P Y

Date: February 29, 2000 jr

R E C O R D O F D O C K E T T E X T

0:00-cv-00389 Bauer v. Ford Motor Credit Co

DOCKET ENTRY

ORDER OF RECUSAL (Magistrate Judge John M. Mason / 2/25/00) Case referred to Magistrate Judge Jonathan G. Lebedoff (4-00 AD 44). Case number remains the same except for initials (00-389 DSD/JGL). (c: attys.) 1pg

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL