UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-389 (DSD/JGL)

ANTHONY J. BAUER, et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

FORD MOTOR CREDIT CO., et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three days;

2. All motions which seek to amend any pleading or to add any parties must be filed and heard prior to June 1, 2000;

3. Plaintiffs shall disclose all expert witnesses and reports by August 1, 2000; Defendants shall disclose all expert witnesses and reports by September 1, 2000;

4. The period during which the parties may seek discovery shall be completed by October 1, 2000;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to November 1, 2000;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with amendments to the local rules adopted by the Court 1/3/00, prior to December 1, 2000; and

7. This case will be considered "ready for trial" as of February 1, 2001.

DATED: April 5, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED APR 0 5 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK