# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Anthony J. Bauer and
Ann M. Bauer,

Case No. Civil 00-389 DSD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Ford Motor Credit Company,
John Doe I - John doe X,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendant's motion for summary judgment is granted.

Counts I, II, III and IV of plaintiffs' second amended complaint are dismissed with prejudice.

Defendant's appeal of Magistrate Judge Jonathan Lebedoff's order of November 22, 2000, regarding punitive damages is dismissed as moot.

Count V of plaintiffs' second amended complaint for punitive damages is dismissed.

DATE: April 24, 2001

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

61