UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-389 (DSD/JGL)

Anthony J. Bauer and
Ann M. Bauer,

Plaintiffs,

v. **ORDER**

Ford Motor Credit Company,
John Doe I - John Doe X

Defendants.

This matter is before the court on plaintiffs' letter pursuant to Local Rule 7.1(g) seeking permission to file a motion for reconsideration of the court's summary judgment order dated April 24, 2001. In their letter, plaintiffs renew their argument on the defamation claim based on testimony which the court already considered in making its ruling. This does not constitute compelling circumstances justifying reconsideration of that issue. See L.R. 7.1(g). However, plaintiffs also contend that the court incorrectly calculated the number of contacts initiated by Ford Motor Credit Company and erroneously concluded that the contacts did not amount to "highly offensive" behavior. The court will receive additional briefing on this limited issue. The parties are instructed to be concise in their submissions and to base their arguments on specific citations to the factual record.

APR 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________

Accordingly, **IT IS HEREBY ORDERED** that plaintiffs' request for reconsideration is granted.

Dated: April 27, 2001

David S. Doty, Judge
United States District Court