UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-389 (DSD/JGL)

ANTHONY J. BAUER, et al.,

Plaintiffs,

v.

**NOTICE OF SETTLEMENT CONFERENCE**

FORD MOTOR CREDIT COMPANY, et al.,

Defendants.

Judge David S. Doty has referred the above matter to me for purposes of conducting a settlement conference prior to the October 10, 2001, trial date. This settlement conference has been scheduled for **Tuesday, September 25, 2001, at 1:45 p.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: August 22, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

**Notice mailed to:**
Paul Sortland, Esq.
Suite 4100
33 Sixth Street South
Minneapolis, MN 55402-3601

Vernle Durocher Jr., Esq.
Thomas Nuss, Esq.
Dorsey & Whitney
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402

Filed 8-22-01
Richard D. Sletten, Clerk
Judgment Entd.
Deputy Clerk SK