UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Anthony J. Bauer and Ann M. Bauer,

Plaintiffs,

vs.

Ford Motor Credit Company,
John Doe I - John Doe X,

Defendants.

Court File No. 00-389 (DSD/JGL)

**ORDER**

IT IS HEREBY ORDERED that pursuant to the parties' Stipulation for Dismissal With Prejudice, the above matter is hereby dismissed with prejudice.

Dated: Oct. 15, 2001.

David S. Doty
United States District Court Judge

FILED 10-17-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anthony J. Bauer and Ann M. Bauer,

Plaintiffs,

v.

Ford Motor Credit Company, John Doe I-John Doe X,

Defendants.

Civil File No. 00-389 (DSD/JGL)

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by respective undersigned attorneys, that the above-entitled action may be and hereby is dismissed with prejudice and on the merits, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

SORTLAND LAW OFFICE

By ____________________
Paul A. Sortland #103573
Suite 4100
33 South 6th Street
Minneapolis, MN 55402-3601
Telephone: 612-375-0400

Attorneys for Plaintiffs

Dated: 10 Oct _____, 2001.

DORSEY & WHITNEY LLP

By ____________________
Vernle C. Durocher Jr. #0208966
Thomas L. Nuss #0287453
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant Ford Motor Credit Company

Dated: October 11, 2001.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500